THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI )<br>   Plaintiff      ) | CASE # | |
| ) | | |
| Vs             ) | Motion to Waive Fees or to | |
| ) | Proceed Informa Pauperis | |
| ) | | |
| Richard Allan Herring    ) | | |
|    Respondent    ) | | |

Comes Richard-Allan: Herring and states in support as follows

1. The US Constitution provides for Congress to use tax money for those sections of the Constitution that cede authority to the federal government. The Judicial Branch of government functions with this tax money. In other words, taxes pay for the costs involved in the Federal Courts. Congress is vested in making all Federal laws and, there is no law enacted by Congress allowing additional fees for filing lawsuits. All of the people have the right to access to the judicial system and so additional fees are a violation of such rights and of the Constitution which only vests congress with passing Federal Laws on the people. Even if congress wanted to vest the Judiciary with making laws regarding additional fees on a case by case basis, this would be a violation of the U.S. Constitution. This Court swore an oath to support the Constitution, regardless of what Congress does or does not do and therefore must allow access for this case to be adjudicated.

2. Additionally, HJR 192 provided that all constitutional money would be taken from the people and managed by the government. Respondent has no lawful money. HJR 192 provides that the government will pay all the debts of the people.

3. Respondent states under oath he has no lawful money including in any bank.

4. Respondent is currently not employed.

5. Respondent has no equity in any property or real estate.

6. Respondent receives no other government benefits or privileges, which might be considered to "adhese" him to any alleged contract or agreement with the government at any level.

7. Please see attachment for other support. Respondent incorporates attachment in its entirety as if fully entered herein.

FOR GOOD CAUSE SHOWN, Respondent motions that the court would waive filing fees and any other costs associated with this action or allow Respondent to proceed Informa Pauperis.

Sincerely,                                                    Date: October 8, 2009

County of Jackson
State of Missouri

*Richard-Allan: Herring* (signature)

Richard-Allan: Herring     Solemnly affirmed and subscribed before me on: 8/10/09 october

(signature: Danie Tye)

DANIELLE TYE
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: June 10, 2012
08574974