**09-0823-CV W - HFS**

IN THE CIRCUIT COURT FOR THE COUNTY OF JACKSON,
STATE OF MISSOURI – KANSAS CITY MUNICIPAL DIVISION
415 EAST 12TH STREET,
DIVISON - 27,
APPEAL TRIAL DE NOVO
OCTOBER 8, 2009

| | | |
|---|---|---|
| CITY OF KANSAS CITY, MISSOURI | ) | case #25783317 |
| Plaintiff | ) | # 25783333 |
| Vs | ) | # 25783341 |
| | ) | #0916 CR03401 |
| Richard Allan Herring | ) | # 0916 CR03406 |
| Defendant | ) | # 0916 CR03407 |

## NOTICE OF REMOVAL TO FEDERAL COURT

Comes Richard Herring, one of the people of Missouri, by special visitation and not general visitation and notices the Court that the case has been removed to Federal Court and that this Court must stay this case.

See attachment.

Sincerely,

By: *[signature]*
Richard Herring
℅ US Post Office 315 E 78th Terrace
Kansas City Missouri Non-Domestic
without the UNITED STATES, 28 USC 1746 (1)
phone: (816) 255-2476

Date: October 8, 2009

## CERTIFICATE OF SERVICE

The above signature, made on the same above date also certifies that the foregoing was hand-delivered to the Kansas City prosecutor on duty at hearing at 1:30PM or at the Kansas City Prosecutor's Office at the Municipal Court Building.

THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF MISSOURI

09-0823-CV-W-HFS

CITY OF KANSAS CITY, MISSOURI )
    Plaintiff )   CASE #
)
    Vs )   Notice of Removal
)
Richard Allan Herring )
    Respondent )

To the Clerk of the Federal Court: **Comes now** Richard-Allan: Herring, Respondent/Third Party Plaintiff, a living soul, one of the people, domiciled on the land of Missouri, appearing by special visitation not by general visitation before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" 28 USC-1333 (1). Respondent should be held to less stringent standards as he is not an attorney, and the Court is required to notice Respondent of any defects and how to repair them (Haines V. Kerner, Platsky v. CIA) and this is pursuant to the laws of precedent, (Anastasoff v. U.S.)

Defendant hereby removes case number 0916 CR03401 from the 16th Circuit Court of Jackson County, Missouri.

Sincerely, Richard-Allan: Herring

Date: October 8, 2009

By: _____
Richard-Allan: Herring
℅ US Post Office 315 East 78th Terrace
Kansas City Missouri Non-Domestic,
without the UNITED STATES, 28 USC 1746(1)
Phone: (816) 255-2476