| | | | | | | |
|---|---|---|---|---|---|---|
| IN THE 16th JUD. CIRCUIT COURT OF MISSOURI, KANSAS CITY MUNICIPAL DIVISION } ss | I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT: | **VIOLATION NOTICE AND INFORMATION** | CITY OF KANSAS CITY VS. | **2578 331 7** | | |

| ON OR ABOUT: | IN KANSAS CITY, MISSOURI AT OR NEAR (LOCATION): | DAY OF THE WEEK: | AT ABOUT (time) | LAST NAME: | FIRST: | MIDDLE: |
|---|---|---|---|---|---|---|
| 4-14-09 | b/ Terr and Worrall Rd | Tue | 1300 | Herring | Richard | A |

| ADDRESS: | CITY AND STATE: | ZIP CODE: | AGE: | DOB AND STATE: | RACE: | SEX: | HGT: | WGT: | EYES: | HAIR: |
|---|---|---|---|---|---|---|---|---|---|---|
| 315 E 78 Terr | K.C. MO | 64114 | 55 | 10-06-53 | W | M | 6'2" | 190 | Hz | Br |

| SSN: | DRIVER'S LICENSE NO.: | STATE: | CDL: | PHONE #: | EMPLOYER: | ADDRESS: |
|---|---|---|---|---|---|---|
| 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 | L20330030 | MO | | | | |

| DID UNLAWFULLY OPERATE (PARK) (THE ABOVE DESCRIBED VEHICLE) (WALK) WITHIN THE CITY LIMITS AND THEN AND THERE COMMIT THE FOLLOWING OFFENSES (UPON STREET OR HIGHWAY). THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS: | STATE: | LICENSE PLATE NO. | YEAR: | ☐ CMV ☐ CMV W/HAZ MAT | ☐ ACCIDENT ☐ INJURY ☐ FATALITY | VEHICLE MAKE: | BODY STYLE: | CRN: |
|---|---|---|---|---|---|---|---|---|
| | MO | 828 CMR | 06 | | | Honda | 4 DR | 0902.7025 |

Operate a motor vehicle on a street without having properly displayed valid license plates

| | Did exceed the Posted Speed Limit. Driving ___ MPH in a Posted ___ MPH Speed Zone in Violation of 70-363C Pen. Sec. 70-101 | OFFICER: ___ ON INFORMATION UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT THE AFOREMENTIONED FACTS ARE TRUE. WITHOUT ADMITTING GUILT I PROMISE TO APPEAR AT THE TIME INDICATED HEREON OR FOLLOW THE INSTRUCTIONS ON THE BACK. Defendant's Signature ___ | SERIAL NO.: 3764 | UNIT: MO | PAT. AREA: 731 |
|---|---|---|---|---|---|
| | | | ADDITIONAL PENALTIES AFTER 48 CALENDAR DAYS | | |
| | | | FINE & COST INFORMATION | | |

| IN VIOLATION OF THE CODE OF ORDINANCES OF KANSAS CITY, MISSOURI | Sec. 70-137 | Penalty Sec. 70-101 | Court Date: 6-10-09 | Time: 2:30 pm | Place: 1101 LOCUST ST KANSAS CITY MO | Courtroom: L | $ 100 |
|---|---|---|---|---|---|---|---|

2578 331